United States District Court
Southern District of Texas
FILED

MAR 16 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DIANA L. REECE, <br> Plaintiff, | § <br> § <br> § |
| V. | § CIVIL ACTION NO. C 00 112 |
| COLUMBIA/HCA HEALTHCARE CORPORATION, COLUMBIA BAYVIEW PSYCHIATRIC CENTER, AND BAY AREA HEALTHCARE GROUP, LTD. d/b/a CORPUS CHRISTI MEDICAL CENTER, <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § |

## APPLICATION OF KERRY L. MCGILL
## TO PRACTICE PRO HAC VICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW **Kerry L. McGill** and presents this his application for permission to appear *pro hac vice* for Defendants **Columbia/HCA Healthcare Corporation, Columbia Bayview Psychiatric Center, and Bay Area Healthcare Group, Ltd. d/b/a Corpus Christi Medical Center** in the above-styled and numbered cause, and in support thereof respectfully would show the Court the following:

I.

**Kerry L. McGill** is a resident of Travis County, Texas and earned his J.D. degree from the University of Oklahoma in 1991.

II.

**Kerry L. McGill** has been a member in good standing of the State Bar of Texas since 1991 and is a member in good standing with the United States District Courts for the Northern District of Texas and the Western District of Texas.

Application to Practice Pro Hac Vice - Page 1

III.

**Kerry L. McGill** has never resigned or been disbarred or suspended from the Bar of any State or of the District of Columbia.

IV.

**Kerry L. McGill** is an associate in law firm of MARTIN & ASSOCIATES, 707 W. 10th Street, Austin, Texas 78701.

V.

**Kerry L. McGill** requests that the attached "Affidavit of Kerry L. McGill in Support of Pro Hac Vice Application" be considered by the Court in regard to the pending motion.

VI.

**Kerry L. McGill** affirms hereinbelow that he has read and will comply with *Dondi* and the Local Rules of the United States District Court for the Southern District of Texas throughout this pending litigation.

WHEREFORE, PREMISES CONSIDERED, **Kerry L. McGill** prays that he is admitted *pro hac vice* in this matter on behalf of Defendants **Columbia/HCA Healthcare Corporation, Columbia Bayview Psychiatric Center, and Bay Area Healthcare Group, Ltd. d/b/a Corpus Christi Medical Center**.

Respectfully submitted,

Kerry L. McGill - State Bar No. 13628700
**ATTORNEY FOR DEFENDANTS**

Of Counsel:
**MARTIN & ASSOCIATES, P.C.**
707 West 10th Street
Austin, Texas 78701
(512) 476-1696
(512) 469-7924 - Facsimile

Application to Practice Pro Hac Vice - Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on the ___15th___ day of ___March___, 2000, a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure upon:

Ms. Diana L. Reece
Plaintiff Pro Se
1007 W. Yoakum
Kingsville, TX  78363

_____
Kerry L. McGill

Application to Practice Pro Hac Vice - Page 3

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DIANA L. REECE,<br>    Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. _____ |
| COLUMBIA/HCA HEALTHCARE<br>CORPORATION, COLUMBIA BAYVIEW<br>PSYCHIATRIC CENTER, AND BAY AREA<br>HEALTHCARE GROUP, LTD. d/b/a<br>CORPUS CHRISTI MEDICAL CENTER,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ | |

**AFFIDAVIT OF KERRY L. MCGILL IN SUPPORT OF**
**PRO HAC VICE APPLICATION**

COMES NOW, **Kerry L. McGill**, who declares the following:

I.

I am a resident of Travis County, Texas and I earned my J.D. degree from the University of Oklahoma in 1991.

II.

I have been a member in good standing of the State Bar of Texas since 1991 and am a member in good standing with the United States District Courts for the Northern District of Texas and the Western District of Texas.

III.

I have never resigned or been disbarred or suspended from the Bar of any State or of the District of Columbia.

IV.

I am an associate in the law firm of MARTIN & ASSOCIATES, 707 W. 10th Street, Austin, Texas 78701.

V.

Affidavit of Kerry L. McGill - Page 1



I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

EXECUTED this 15th day of March, 2000.

By: [signature]
Kerry L. McGill
State Bar No. 13628700

THE STATE OF TEXAS §
§
COUNTY OF TRAVIS §

SUBSCRIBED and SWORN TO before me by **Kerry L. McGill** on this the 15th day of March, 2000.

PAMELA CONLAN
Notary Public, State of Texas
My Commission Expires
FEB. 27, 2001

[signature]
Notary Public in and for State of Texas

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DIANA L. REECE,<br>      Plaintiff, | §<br>§<br>§ |
| V. | § CIVIL ACTION NO. _____ |
| COLUMBIA/HCA HEALTHCARE<br>CORPORATION, COLUMBIA BAYVIEW<br>PSYCHIATRIC CENTER, AND BAY AREA<br>HEALTHCARE GROUP, LTD. d/b/a<br>CORPUS CHRISTI MEDICAL CENTER,<br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING LEAVE TO PRACTICE PRO HAC VICE

Came on this day for consideration by the Court the Application of Kerry L. McGill to appear in this cause *pro hac vice* on behalf of Defendants **Columbia/HCA Healthcare Corporation, Columbia Bayview Psychiatric Center, and Bay Area Healthcare Group, Ltd. d/b/a Corpus Christi Medical Center**. The Court finds that the application is meritorious.

It is therefore ORDERED, ADJUDGED and DECREED that the Application of Kerry L. McGill to appear in this cause on behalf of Defendants **Columbia/HCA Healthcare Corporation, Columbia Bayview Psychiatric Center, and Bay Area Healthcare Group, Ltd. d/b/a Corpus Christi Medical Center**, *pro hac vice* is **GRANTED**.

EXECUTED this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE