IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 0 4 2000
Michael N. Milby, Clerk of Court

4.

| | | |
|---|---|---|
| DIANA L. REECE,<br>Plaintiff, | § § § § § § | |
| V. | § § | CIVIL ACTION NO. C-00-112 |
| COLUMBIA/HCA HEALTHCARE<br>CORPORATION, COLUMBIA BAYVIEW<br>PSYCHIATRIC CENTER, AND BAY AREA<br>HEALTHCARE GROUP, LTD. d/b/a<br>CORPUS CHRISTI MEDICAL CENTER,<br>Defendants. | § § § § § § § | |

## ORDER GRANTING LEAVE TO PRACTICE PRO HAC VICE

Came on this day for consideration by the Court the Application of Kerry L. McGill to appear in this cause *pro hac vice* on behalf of Defendants **Columbia/HCA Healthcare Corporation, Columbia Bayview Psychiatric Center, and Bay Area Healthcare Group, Ltd. d/b/a Corpus Christi Medical Center**. The Court finds that the application is meritorious.

It is therefore ORDERED, ADJUDGED and DECREED that the Application of Kerry L. McGill to appear in this cause on behalf of Defendants **Columbia/HCA Healthcare Corporation, Columbia Bayview Psychiatric Center, and Bay Area Healthcare Group, Ltd. d/b/a Corpus Christi Medical Center**, *pro hac vice* is GRANTED.

EXECUTED this ___2___ day of ___April___, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE