UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 31 2000

MICHAEL N. MILBY CLERK

DIANA L. REECE

VS.                                    CIVIL ACTION NO. C-00-112

COLUMBIA/HCA HEALTHCARE CORPORATION, ET AL

<u>PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO COMPLY WITH THE COURT'S ORDER
FOR CONFERENCE AND DISCLOSURE DATED MARCH 16, 2000</u>

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Plaintiff, Diana L. Reece and files this her Motion for an extension of time within which to comply with the Court's Order for conference and disclosure dated March 16, 2000, and as grounds therefore would respectfully show the Court as follows:

I.

Plaintiff was forced to file this action pro se because of limitation problems. Since the filing of this suit, Plaintiff has been attempting to obtain counsel to represent her before the Court, but has been unable to obtain counsel as of this time. Plaintiff is not versed in the law and is unable to adequately make the disclosures and the other filings ordered by the Court, without the assistance of counsel. Plaintiff is requesting that the Court grant her an extension of the deadlines contained in the Court's order to May 1, 2000 during which time she will obtain counsel and will comply with the Court's order.

II.

Plaintiff has conferred with opposing counsel, who does not object to the extension of time for compliance requested herein.

III.

This motion is not made for delay only, but is made so that justice may be served and the Plaintiff will have time within which to employ counsel.

Respectfully submitted,

*Diana Reece*

DIANA L. REECE
Plaintiff
1007 W. Yoakum
Kingsville, Texas 78363

STATE OF TEXAS    )(

COUNTY OF NUECES  )(

BEFORE ME, the undersigned authority, on this day personally appeared DIANA L. REECE, known to me to be the person whose name is subscribed hereto and who by me duly sworn on oath deposed and said:

"I am the same DIANA L. REECE, who is the Plaintiff in the above styled and numbered cause of action. I have read the foregoing Motion for an extension of time within which to comply with the Court's Order for conference and disclosure dated March

-2-

16, 2000, designed to be filed in the above styled and numbered cause, have personal knowledge of the facts and allegations contained therein, and each and every fact and allegation contained therein is true and correct."

DIANA L. REECE

SUBSCRIBED AND SWORN to before me by the said DIANA L. REECE, on this 31 day of March, 2000, to certify which witness my hand and seal of office.



NOTARY PUBLIC, in and for
The State of Texas

CINDY S. STOWERS
Name typed or printed

My commission expires: 3/26/03

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument has been forwarded to counsel for Defendant by U.S. Mail, Certified, return receipt requested addressed to Martin & Associates, 707 West 10th Street, Austin, Texas 78701, on this the 31 day of March, 2000.

DIANA L. REECE

-3-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DIANA L. REECE

VS.                                            CIVIL ACTION NO. C-00-112

COLUMBIA/HCA HEALTHCARE CORPORATION, ET AL

O R D E R

On this the _____ day of _____, 2000, came on to be heard Plaintiff's Motion for an extension of time within which to comply with the Court's Order for conference and disclosure dated March 16, 2000, in the above styled and numbered cause, and after having considered the same it is the opinion of the Court that the same should be and it hereby is GRANTED.

IT IS THEREFORE, ORDERED that Plaintiff's Motion for an extension of time within which to comply with the Court's Order for conference and disclosure dated March 16, 2000, is hereby granted and the deadlines for conference and disclosure is extended to May 1, 2000.

SIGNED AND ORDERED ENTERED this _____ day of _____, 2000.

_____
**JUDGE PRESIDING**