IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Cou__
Southern District of Texas
FILED
APR - 3 2000
MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| DIANA L. REECE,<br>　　Plaintiff, | § § § § § § | |
| V. | § § | CIVIL ACTION NO. _C-00-112_ |
| COLUMBIA/HCA HEALTHCARE<br>CORPORATION, COLUMBIA BAYVIEW<br>PSYCHIATRIC CENTER, AND BAY AREA<br>HEALTHCARE GROUP, LTD. d/b/a<br>CORPUS CHRISTI MEDICAL CENTER,<br>　　Defendants. | § § § § § § § | |

## DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Columbia/HCA Healthcare Corporation, Columbia Bayview Psychiatric Center, and Bay Area Healthcare Group, Ltd. d/b/a Corpus Christi Medical Center ("Defendants"), in compliance with the Court's Order for Disclosure of Interested Parties, submits the following:

**Plaintiff**:
Diana L. Reece

**Defendant's representatives**:
Rob Behnke
Debbie Vogelsang
Columbia/HCA Healthcare Corporation
Columbia Bayview Psychiatric Center
Bay Area Healthcare Group, Ltd. d/b/a Corpus Christi Medical Center

**Defendant's counsel**:
Kerry L. McGill
Martin & Associates, P.C., Austin, TX

Disclosure of Interested Parties

Respectfully submitted,

**MARTIN & ASSOCIATES, P.C.**
707 West 10th Street
Austin, Texas 78701
(512) 476-1696
(512) 469-7924 - Facsimile

By: _____
Kerry L. McGill
State Bar No. 13628700

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2000, a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure upon:

Ms. Diana L. Reece
Plaintiff Pro Se
1007 W. Yoakum
Kingsville, TX 78363

_____
Kerry L. McGill

Disclosure of Interested Parties