IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 01 2000

Michael N. Milby, Clerk

DIANA L. REECE
    Plaintiff,

CIVIL ACTION #~~CV-00112~~ 00112

V.

Cause # 00-60205-1

COLUMBIA/HCA HEALTHCARE
CORPORATION, COLUMBIA BAYVIEW
PSYCHIATRIC CENTER, AND BAY AREA
HEALTHCARE GROUP, LTD. d/b/a
CORPUS CHRISTI MEDICAL CENTER,
    Defendants

DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE;

    Diana L. Reece, ( "Pro Se Plaintiff"), in compliance with the Court's Order for Disclosure of Interested Parties submits the following:

Plaintiff:
Diana L. Reece
"Pro Se"

Plaintiff's representatives:
Diana L. Reece

Plaintiff's counsel:
Plaintiff continues to seek counsel.
Has been unable to find representation so far.

1.

Defendant's representatives:
Rob Behnke
Debbie Vogelsang
Columbia/HCA Healthcare Corp.
Columbia Bayview Psychiatric Center
Bay Area Healthcare Group, Ltd d/b/a Corpus Christi Medical Center

Defendant's counsel:
Kerry L. McGill
Martin & Associates, P.C. Austin, TX

        Respectfully submitted,

        Diana L. Reece
        1007 W. Yoakum
        Kingsville, TX 78363
        (361-592-6241) Home
        (361-877-2688) Cell

By: _[signature]_
        Diana L. Reece
        " Pro Se Plaintiff"

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2000, a true and correct copy of the foregoing document was sent to:

Martin and Associates, P.C.
707 West Tenth Street
Austin, TX 78701
(512)469-7924 FAX

_[signature]_
Diana L. Reece