CV/~~CR~~ ACTION NO.: **C00-112**

DIANA L. REECE ) COUNSEL: DIANA REECE
_____ ) pro se
VS.
COLUMBIA / HCA ) COUNSEL: KERRY McGILL
HEALTHCARE, ET AL )

United States District Court
Southern District of Texas
FILED

MAY 17 2000

MICHAEL N. MILBY CLERK

=========================================================================

JUDGE PRESIDING: HAYDEN W. HEAD, JR.

COURTROOM CLERK: Judith F. Alvarez   COURT RECORDER: Genay Rogan
LAW CLERK: M. Fayold                 INTERPRETER: _____
~~U. S. MARSHAL~~/CSO: R. Aguilar     U. S. P. O.: _____
DATE: May 17, 2000   OPEN: 3:08 pm   ADJOURN: 3:21
TAPE: 2/1492-2002

=========================================================================

Case called for **Scheduling Conference.**

Ms. Reece states that she has not been able to find an attorney, but she & Def Atty are working on settlement. Pltff says that she has been injured on the job & has compressed disc & SI condition. Def Atty says she quit her job & therefore, her benefits were lost. Pltff explains why she quit & when she tried to come back, Columbia would not hire her back because of liability. Pltff says that she can prove negligence about her on job injuries. Pltff says she can't find anyone to take case. The Court will allow Pltff 30 days to hire an attorney. The Court will reset pretrial conference in 30 days, Tues., June 20, 2000 at 1:15 pm. Adjourned

10.