IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Diana L. Reece, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-112 |
| | § | |
| Columbia Healthcare Corporation, et al., | § | |
| | § | |
| Defendants. | § | |

*United States District Court*
*Southern District of Texas*
*ENTERED*

MAY 19 2000

Michael N. Milby, Clerk of Court

## ORDER STAYING PRE-TRIAL PROCEDURES

Pre-trial procedures are stayed in the above styled suit until June 16, 2000, at which time Plaintiff will be required to proceed *pro se* or otherwise.

ORDERED this 19 day of May, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE