UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 19 2000

MICHAEL N. MILBY CLERK

RESETTING

DIANA L. REECE

V.                                        CASE NUMBER:   CA-C-00-112

COLUMBIA/HCA HEALTHCARE, ET AL

## NOTICE TO APPEAR

TO:   Diana Reece (cert. mail & reg. mail)
      Kerry McGill

**YOU ARE ORDERED TO APPEAR** <u>Tuesday, June 20, 2000 at 1:15 p.m.</u>, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

TO ATTEND THE FOLLOWING PROCEEDING:

| | |
|---|---|
| _X_ Scheduling Conference<br>Continued from May 17, 2000. | ___ Motion Hearing: |
| ___ Jury Selection and Trial | ___ Show Cause Hearing |
| ___ Sentencing | ___ Status Conference |
| ___ Revocation Hearing | ___ Other: |

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy: __Judith F. Alvarez__              Date: <u>May 19, 2000</u>