# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

**RESETTING**

DIANA L. REECE

V.                                           CASE NUMBER:   CA-C-00-112

COLUMBIA/RCA HEALTHCARE, ET AL

## NOTICE TO APPEAR

United States District Court
Southern District of Texas
FILED

JUN 1 9 2000

Michael N. Milby
Clerk of Court

TO:   Diana L. Reece (regular mail and cmrr)
      Kerry L. McGill

**YOU ARE ORDERED TO APPEAR** <u>Thursday, August 24, 2000 at 1:15 p.m.</u>, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

TO ATTEND THE FOLLOWING PROCEEDING:

SCHEDULING CONFERENCE
Continued from June 20, 2000.

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy:   <u>Judith F. Alvarez</u>                    Date: <u>June 19, 2000</u>

13.