UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DIANA REECE            )
                       )
                       )    14.
                       )
                       )
VS                     )    CA-C-00-112
                       )
                       )
                       )
COLUMBIA/HCA HEALTH    )

United States District Court
Southern District of Texas
FILED

AUG 24 2000

Michael N. Milby
Clerk of Court

DOCKET ENTRY

The hearing set for August 24, 2000 has been cancelled by Court order. The hearing will be reset for a later date.

MICHAEL N. MILBY, CLERK
U. S. DISTRICT CLERK

By: Judith F. Alvarez
    Deputy Clerk

August 24, 2000
Date