# READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

## TRANSCRIPT ORDER

District Court: **UNITED STATES DISTRICT COURT, SOUTHERN DIST. CORPUS CHRISTI, TEXAS**

District Court Docket Number: **2-00-CV-112**

Short Case Title: **Reece v. Columbia/HCA Healthcare Corp**

Court Reporter: **Jenay Rogan**

Date Notice of Appeal Filed by Clerk of District Court: **N/A**    Court of Appeals #: **N/A** *(If Available)*

---

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: *(check appropriate box)*
  - Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  - Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  - Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

*United States District Court*
*Southern District of Texas*
*FILED*
*SEP 0 1 2000*
*Michael N. Milby*
*Clerk of Court*

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| | Initial Pretrial Conference 5/17/00 – Judge Head | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☒ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature _____   Print Name: **Kerry L. McGill**   Counsel for: **Defendant**

Address: **Martin & Associates, 707 West 10th, Austin, TX 78701**   Telephone: **512-476-1696**

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.** COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____ Date    _____ Signature of Court Reporter    _____ Telephone

Address of Court Reporter: _____

* *Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.*

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages    _____ Actual Number of Volumes

_____ Date    _____ Signature of Court Reporter

6CA-30 (12/94)

**Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I**