

# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

DIANA REECE

17.

V.                                           CASE NUMBER:   CA-C-00-112

COLUMBIA/HCA HEALTHCARE, ET AL

## NOTICE TO APPEAR

TO:   Diana Reece (regular mail and cmrr)
      Kerry L. McGill

United States District Court
Southern District of Texas
FILED

SEP 27 2000

Michael N. Milby
Clerk of Court

YOU ARE ORDERED TO APPEAR <u>Thursday, November 2, 2000 at 1:15 p.m.</u>, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas   78401

TO ATTEND THE FOLLOWING PROCEEDING:

Scheduling Conference

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy: __Judith F. Alvarez__              Date: <u>September 28, 2000</u>

ClibPDF - www.fastio.com