UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DIANA L. REECE                    )
                                  )
                                  )
                                  )
VS                                )         CA-C-00-112
                                  )
                                  )               United States District Court
                                  )               Southern District of Texas
COLUMBIA/HCA HEALTHCARE, ET AL    )                      FILED

                                                     NOV - 2 2000

                                                    Michael N. Milby
                                                    Clerk of Court

DOCKET ENTRY

_____ The above-named case is referred to the Magistrate Judge by Judge Head for scheduling conference. (Nov. 2, 2000 at 1:15 pm).

_____
_____
_____
_____
_____

_____
                                    MICHAEL N. MILBY, CLERK
                                    U. S. DISTRICT CLERK


                                    By: _Judith F. Alvarez_
                                           Deputy Clerk


_November 2, 2000_
Date

18.