## CIVIL COURT MINUTES

United States District Court
Southern District of Texas
FILED

NOV 2 - 2000

MICHAEL N. MILBY, CLERK

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR/ERO:** Grace Lerma

**LANIER TAPE NO.** 1 (10-844)

**LAW CLERK:** —

**U. S. MARSHAL:** Mr. Maculka (CSO)

**INTERPRETER:** —

**DATE:** 11-2-00   **OPEN:** 1:20 pm   **CLOSE:** 1:50 pm

**CIVIL ACTION NO.:** C-00-112

Diana L. Reese        **COUNSEL:** Pro-se

VS.

Columbia/HCA Healthcare   **COUNSEL:** Kevin McGrew

(X) Proceeding IPTC + Scheduling Conference. Case called. Parties advised they wished to consent to trial before U.S. Mag. Judge. Consent form signed by both parties. Deadlines set. Written order with deadlines to be entered setting FPTC on 9-13-01 at 1:15 and Jury Trial @ 9:00 AM on 9-17-01.

Court adjourned.

20.