```
                                                           United States District Court
                                                            Southern District of Texas
                                                                    ENTERED
         IN THE DISTRICT COURT OF THE UNITED STATES          NOV 0 7 2000
            FOR THE SOUTHERN DISTRICT OF TEXAS
                  CORPUS CHRISTI DIVISION                 Michael N. Milby, Clerk of Court
```

DIANA L. REECE                    §
                                  §
V.                                §     C. A. C-00-112
                                  §
COLUMBIA/HCA HEALTHCARE           §
   CORP., ET AL.                  §

## SCHEDULING ORDER

1. **JURY SELECTION AND TRIAL ARE SET FOR** <u>Monday, September 17, 2001 at 9:00 a.m.</u>, before B. Janice Ellington, at 133 North Shoreline Blvd., 3rd floor courtroom, Corpus Christi, Texas., 78401. If the parties prepare this case for trial sooner than this date, a final pretrial order may be prepared and filed with a joint motion stating that the case is ready for trial and that an earlier trial date is requested.

2. **FINAL PRETRIAL CONFERENCE IS SET FOR** <u>Thursday, September 13, 2001 at 1:15 p.m.</u>, before Judge B Janice Ellington at, 1600 Wilson Plaza West, 606 N. Carancahua, Corpus Christi, Texas. The attorney-in-charge for each party is required to be present.

3. **THE ORIGINAL AND ONE COPY OF YOUR JOINT PRETRIAL ORDER SHALL BE FILED NO LATER THAN** <u>Friday, September 7, 2001 by 3:00 p.m.</u>. This satisfies the requirement of FRCP 26 (a)(3). Plaintiff will be responsible for the filing of a joint pretrial order, executed by the attorney-in-charge for each party, and conforming fully with the form set out in Appendix B of the Local Rules of the Southern District of Texas (1994). Plaintiff shall allow all parties at least **fifteen (15) working days** for review and contribution. A motion for leave to file a joint pretrial order without the signature of all counsel must be made, showing good cause, to obtain authority to file a pretrial order without all required signatures. Differences of the parties with respect to any matter relevant to a pretrial order will be set forth in the joint pretrial order at the appropriate

place. Willful or indifferent failure to submit a well-prepared joint pretrial order in a timely fashion or to respond to its completion is cause for dismissal in the case of Plaintiff, or in the case of Defendant, is cause for default.

4. **EXCEPT FOR GOOD CAUSE SHOWN, THE DEADLINE FOR FILING DISPOSITIVE MOTIONS IS  Friday, June 29, 2001 .** Failure to respond timely will be considered by the Court as if the motion is unopposed, and the motion may be granted. Legal memoranda greater in length than 25 pages will **NOT** be filed without leave of Court. No reply to the opposition to a motion will be filed by movant without leave of Court on good cause.

5. The provisions of the **JOINT DISCOVERY/CASE MANAGEMENT PLAN** are hereby adopted.

6. **THE DEADLINE FOR JOINDER OF PARTIES IS  Closed . THE DEADLINE FOR AMENDMENT OF PLEADING IS  Monday, April 30, 2001 .** This provision does not relieve the parties from obtaining leave to file pleading or add parties whenever required by the Federal Rules of Civil Procedure.

7. Discovery shall end on  **Friday, June 29, 2001** . **DESIGNATION OF EXPERTS** are due by  **Plaintiff on Tuesday, May 1, 2001; by Defendant on Friday, June 1, 2001.** **RESPONSIVE EXPERTS** are due **20 DAYS** prior to the Discovery deadline. Responsive experts will not be limited to rebuttal testimony. **Written Reports** that fully comply with Federal Rules of Civil Procedure 26 (a)(2)(B) shall be due at the time of designation of each expert. Parties are ordered to file only proposed witnesses with Court, pursuant to Federal Rules of Civil Procedure 26, but **NOT** reports or other discovery materials. Hearings on expert testimony and/or qualifications (i.e. Daubert and Markman) shall be requested no later than the deadline for discovery.

8. All pleading, motions, briefs, memoranda, and requests for affirmative relief will be directed to the Court, **IN PLEADING FORM**, not correspondence form, through the United States District Clerk:

United States District Clerk<br>
521 Starr Street<br>
Corpus Christi, TX 78401

You are requested **NOT** to use the informality of letter briefs, letters citing authorities, or letters requesting continuances or other affirmative relief. Additionally, do not copy the Court on letters between the parties.

ORDERED this _2_ day of _November_, 2000.

_____
**B. JANICE ELLINGTON**
**UNITED STATES MAGISTRATE JUDGE**