United States District Court
Southern District of Texas
ENTERED

NOV 0 7 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DIANA L. REECE | § | |
| | § | |
| V. | § | C. A. C-00-112 |
| | § | |
| COLUMBIA/HCA HEALTHCARE CORP., ET AL. | § | |

## ORDER OF RE-ASSIGNMENT

Consistent with the parties' consent to proceed to trial before a magistrate Judge, the Court re-assigns this case to United States Magistrate Judge B. Janice Ellington for all further proceedings and entry of judgment in accordance with 28 U.S.C. §636(c). Any appeal will proceed directly to the United States Court of Appeals for the Fifth Circuit.

ORDERED this 3 day of November, 2000.

HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE