IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

DEC 11 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| DIANA L. REECE,<br>    Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. C-112 |
| COLUMBIA/HCA HEALTHCARE<br>CORPORATION, COLUMBIA BAYVIEW<br>PSYCHIATRIC CENTER, AND BAY AREA<br>HEALTHCARE GROUP, LTD. d/b/a<br>CORPUS CHRISTI MEDICAL CENTER,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ | |

**REQUEST FOR SUBMISSION, OR IN THE ALTERNATIVE,
REQUEST FOR ORAL ARGUMENT**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

**Columbia/HCA Healthcare Corporation, Columbia Bayview Psychiatric Center, and Bay Area Healthcare Group, Ltd. d/b/a Corpus Christi Medical Center** ("Defendants"), move the Court for oral argument concerning their Motion for Summary Judgment, and would show as follows:

1. On November 2, 2000, Defendants filed and served their Motion for Summary Judgment. Also on that date, Plaintiff and Defendants' counsel appeared before the Court for a scheduling conference. At the conference, discussion ensued regarding Defendants' Motion for Summary Judgment. The Court instructed Plaintiff that she would be expected to file a response to the Motion, and that her response was due twenty (20) days thereafter, or November 22, 2000. The Court also instructed Plaintiff on the procedure for requesting an extension of time to file a response in opposition to the motion. To date, Plaintiff has not filed a response to the Motion for Summary Judgment and did not request an extension of

Request for Submission - Page 1

time in which to file a response. Therefore, this matter is ripe for submission. Defendants respectfully request a ruling from the Court on the Motion and Order before the Court. For the Court's convenience, another copy of the Order is attached hereto.

2. In the alternative, if the Court feels that oral argument would assist the Court in its ruling, then Defendants would request oral argument pursuant to Local Rule 6(F) so that any questions or concerns could be answered.

3. In summary, Defendants respectfully move the Court for a ruling on their unopposed Motion for Summary Judgment. In the alternative, Defendants request that oral argument be scheduled if the Court feels such a hearing would assist it in a determination of this matter.

Respectfully submitted,

*(signature)*

Kerry L. McGill - State Bar No. 13628700
**ATTORNEY FOR DEFENDANTS**

Of Counsel:
**MARTIN & ASSOCIATES, P.C.**
707 West 10th Street
Austin, Texas 78701
(512) 476-1696
(512) 469-7924 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on the ___7th___ day of ___December___, 2000, a true and correct copy of the foregoing document was served by first class U.S. mail and by certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure upon:

Ms. Diana L. Reece
*Plaintiff Pro Se*
1007 W. Yoakum
Kingsville, TX 78363

*(signature)*

Kerry L. McGill

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DIANA L. REECE, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-112 |
| | § | |
| COLUMBIA/HCA HEALTHCARE | § | |
| CORPORATION, COLUMBIA BAYVIEW | § | |
| PSYCHIATRIC CENTER, AND BAY AREA | § | |
| HEALTHCARE GROUP, LTD. d/b/a | § | |
| CORPUS CHRISTI MEDICAL CENTER, | § | |
| Defendants. | § | |

## ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS

On this day came on for hearing the Motion for Summary Judgment filed by Defendants, Columbia/HCA Healthcare Corporation, Columbia Bayview Psychiatric Center, and Bay Area Healthcare Group, Ltd. d/b/a Corpus Christi Medical Center. The Court, having considered the Motion and attached affidavits and exhibits, Plaintiff's response, the pleadings, transcripts, arguments of counsel, and all other matters before it, finds that the Motion has merit and should be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiff Diana Reece's entire claim against Defendants, **Columbia/HCA Healthcare Corporation, Columbia Bayview Psychiatric Center, and Bay Area Healthcare Group, Ltd. d/b/a Corpus Christi Medical Center** is DISMISSED with prejudice.

The Court denies all relief not granted in this judgment.

Each party shall bear its own costs.

SIGNED this _____ day of _____, 2000.

_____
JUDGE PRESIDING