United States District Court
Southern District of Texas
ENTERED

JAN 0 3 2001

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DIANA L. REECE, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | C.A. NO. C-00-112 |
| | § | |
| COLUMBIA /HCA HEALTHCARE | § | |
| CORPORATION, ET AL. | § | |
| Defendant. | § | |

## ORDER

Defendants' motion for oral argument (D.E. 25-2) is denied without prejudice. Oral argument will be scheduled at a later date if necessary to aid the court in disposition of the motion for summary judgment. The motion for submission (D.E. 25-1) is denied as moot. *See* L.R.7.3.

ORDERED this _2_ day of _January_, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE