IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 16 2001

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| DIANA L. REECE,<br>Plaintiff, | : <br> : <br> : <br> : <br> : |
| V. | : CIVIL ACTION NO. C-00-112 <br> : |
| COLUMBIA/HCA HEALTHCARE<br>CORPORATION, COUMBIA BAYVIEW<br>PSYCHIATRIC CENTER, AND BAY AREA<br>HEATHCARE GROUP, LTD d/b/a<br>CORPUS CHRISTI MEDICAL CENTER,<br>Defendants. | : <br> : <br> : <br> : <br> : <br> : |

## PLAINTIFF'S MOTION TO ENLARGE TIME

TO THE HONORABLE MAGISTRATE OF SAID COURT:

NOW COMES, Plaintiff, Diana L. Reece and files this her motion to enlarge time within which to comply with the Defendants request for Initial Disclosures, First Set of Interrogatories, First request for Production of Documents; and First Set of Admissions dated March 8, 2001, and as grounds therefor would respectfully show the court as follows:

I.

Plaintiff was forced to file this action pro se because of difficulty in obtaining counsel to in the law and was unable to adequately make the Initial Disclosures without the assistance of counsel. Plaintiff is requesting that the court grant her an extension of the deadlines for Initial

27.

Disclosure to April 15, 2001 in which time she will obtain representation and comply with Defendant's request.

II.

This motion is not made for delay only, but is made so that justice may be served and the Plaintiff will have time within which to gain advice from counsel.

Respectfully Submitted,

_____
DIANA L. REECE
Plaintiff
1007 w. Yoakum
Kingsville, TX 78363

Certified Return Receipt requested copy to be sent by U.S. Mail to Defendants' Attorney's, Martin and Associates, 707 W. Tenth St. Austin, TX on this 16th day of March, 2001.

_____
DIANA L. REECE
Pro se Plaintiff
1007 W. Yoakum
Kingsville, TX 78363

ClibPDF - www.fastio.com

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| **DIANA L. REECE,** | : |
|     Plaintiff, | : |
| | : |
| **V.** | :   **CIVIL ACTION NO. C-00-112** |
| | : |
| **COLUMBIA/HCA HEALTHCARE** | : |
| **CORPORATION, COUMBIA BAYVIEW** | : |
| **PSYCHIATRIC CENTER, AND BAY AREA** | : |
| **HEATHCARE GROUP, LTD d/b/a** | : |
| **CORPUS CHRISTI MEDICAL CENTER,** | : |
|     Defendants. | : |

## ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME

On this day came on hearing for motion for ENLARGEMENT of TIME for Plaintiff's submission of response to Defendants' request for Initial Disclosures, First Set of Interrogatories, Production of Documents and Admissions. The Court having considered the motion. Finds that the motion has merit and should be GRANTED.

SIGNED this_____day of_____, 2001

_____
B. JANICE ELLINGTON
UNITED MAGISTRATE JUDGE