IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 6 2001

MICHAEL N. MILBY, CLERK

DIANA L. REECE,
    Plaintiff,

V.

COLUMBIA/HCA HEALTHCARE
CORPORATION, COUMBIA BAYVIEW
PSYCHIATRIC CENTER, AND BAY AREA
HEATHCARE GROUP, LTD d/b/a
CORPUS CHRISTI MEDICAL CENTER,
    Defendants.

CIVIL ACTION NO. C-00-112

## PLAINTIFF'S MOTION TO EXTEND TIME

TO THE HONORABLE MAGISTRATE OF SAID COURT:

NOW COMES, Plaintiff, Diana L. Reece and files this her motion to extend time within which to Respond to the Defendants request for Summary Judgement and would show the Court as follows; court as follows:

I.

Plaintiff was forced to file this action pro se because of difficulty in obtaining counsel to instruct her on the letter of the law, and was unable to adequately make a response to Defendants request for Summary Judgement without the assistance of counsel. Plaintiff is requesting that the court grant her an extension of the deadlines for Response to request for Summary Judgement.

in which time she will obtain representation and respond to Defendant's request for Summary Judgement.

II.

This motion is not made for delay only, but is made so that justice may be served and the Plaintiff will have time within which to gain advice from counsel.

Respectfully Submitted,

*Diana Reece*

DIANA L. REECE
Plaintiff
1007 w. Yoakum
Kingsville, TX 78363

Certified, Return Receipt requested copy to be sent by U.S. Mail to Defendants' Attorney's, Martin and Associates, 707 W. Tenth St. Austin, TX on this 16th day of March, 2001.

*Diana Reece*

DIANA L. REECE
Pro se Plaintiff
1007 W. Yoakum
Kingsville, TX 78363

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| **DIANA L. REECE,** | : |
|     **Plaintiff,** | : |
| | : |
| | : |
| | : |
| | : |
| **V.** | : CIVIL ACTION NO. C-00-112 |
| | : |
| **COLUMBIA/HCA HEALTHCARE** | : |
| **CORPORATION, COUMBIA BAYVIEW** | : |
| **PSYCHIATRIC CENTER, AND BAY AREA** | : |
| **HEATHCARE GROUP, LTD d/b/a** | : |
| **CORPUS CHRISTI MEDICAL CENTER,** | : |
|     **Defendants.** | : |

## ORDER GRANTING REQUEST FOR EXTENSION OF TIME

On this day came on hearing for motion for EXTENSION of TIME for Plaintiff's submission of response to Defendants' request for Summary Judgement. The Court having considered the motion. Finds that the motion has merit and should be GRANTED.

SIGNED this_____day of_____, 2001

_____
B. JANICE ELLINGTON
UNITED MAGISTRATE JUDGE