IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 16 2001

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| DIANA L. REECE,<br>Plaintiff, | :<br>:<br>:<br>: |
| V. | : CIVIL ACTION NO. C-00-112 |
| COLUMBIA/HCA HEALTHCARE<br>CORPORATION, COUMBIA BAYVIEW<br>PSYCHIATRIC CENTER, AND BAY AREA<br>HEATHCARE GROUP, LTD d/b/a<br>CORPUS CHRISTI MEDICAL CENTER,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>: |

### PLAINTIFF'S MOTION REQUESTING LEAVE TO AMMEND ORIGIONAL PETITION

TO THE HONORABLE MAGISTRATE OF SAID COURT:

NOW COMES, Plaintiff, Diana L. Reece and files this her motion Requesting Leave to Amend Origional Pleading, and would show the Court as follows;

I.

Plaintiff was forced to file this action pro se because of difficulty in obtaining counsel to instruct her on the letter of the law, and was unable to adequately make a thorough and complete peading in her petition against Defendants'; Columbia/ HCA Healthcare Corporation, Columbia Bayview Psychiatric Hospital, And Bay Area Healthcare Group, Ltd. d/b/a/ Corpus Christi Medical Center.

Plaintiff is respectfully requesting that the Court allow leave to amend this Pleading.

II.

This motion is not made for delay only, but is made so that justice may be served.

Respectfully Submitted,

_____
DIANA L. REECE
Plaintiff
1007 w. Yoakum
Kingsville, TX 78363


Certified, Return Receipt requested copy to be sent by U.S. Mail to Defendants' Attorney's, Martin and Associates, 707 W. Tenth St. Austin, TX on this 16th day of March, 2001.

_____
DIANA L. REECE
Pro se Plaintiff
1007 W. Yoakum
Kingsville, TX 78363

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| **DIANA L. REECE,** : | |
|     **Plaintiff,** : | |
| : | |
| **V.** : | **CIVIL ACTION NO. C-00-112** |
| : | |
| **COLUMBIA/HCA HEALTHCARE** : | |
| **CORPORATION, COUMBIA BAYVIEW** : | |
| **PSYCHIATRIC CENTER, AND BAY AREA** : | |
| **HEATHCARE GROUP, LTD d/b/a** : | |
| **CORPUS CHRISTI MEDICAL CENTER,** : | |
|     **Defendants.** : | |

### ORDER GRANTING LEAVE TO AMMEND ORIGIONAL PETTITION

On this day came on hearing of motion for Leave to Amend Original Petition filed by Plaintiff, Diana L. Reece.

The Court, having considered the motion. Finds that the motion has merit and should be GRANTED.

SIGNED this _____ day of _____, 2001

_____
B. JANICE ELLINGTON
UNITED MAGISTRATE JUDGE