IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 21 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DIANA L. REECE, | § | |
| Plaintiff, | § | |
| V. | § | 31. |
| | § | |
| COLUMBIA/HCA HEALTHCARE | § | Civil Action NO. C-00-112 |
| CORPORATION, COLUMBIA BAYVIEW | § | |
| PSYCHIATRIC CENTER, AND BAY | § | |
| HEALTHCARE GROUP, LTD. d/b/a | § | |
| CORPUS CHRISTI MEDICAL CENTER, | § | |
| Defendants | § | |

## FINAL JUDGMENT

A final judgment dismissing with prejudice all claims against all defendants is entered.

ORDERED this 20 day of March, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE