United States District Court
Southern District of Texas
ENTERED

MAR 2 2 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DIANA L. REECE, § <br> Plaintiff, § <br> V. § <br> § <br> COLUMBIA/HCA HEALTHCARE § <br> CORPORATION, COLUMBIA BAYVIEW § <br> PSYCHIATRIC CENTER, AND BAY § <br> HEALTHCARE GROUP, LTD. d/b/a § <br> CORPUS CHRISTI MEDICAL CENTER, § <br> Defendants § | Civil Action NO. C-00-112 |

## ORDER

Plaintiff's motions for leave to amend her petition (D.E. 29), to enlarge time to complete discovery requests (D.E. 27), and to extend the time for responding to defendants' motion for summary judgment (D.E. 28) are denied as moot. Final judgment was entered March 20, 2001. Defendants' motion for summary judgment was filed November 2, 2000 (D.E. 20). Plaintiff had twenty days in which to file her response LR7.3. Plaintiff filed nothing for four and one-half months. Plaintiff had ample time to find and hire counsel, and to file a response to the motion for summary judgment. Plaintiffs motions are untimely, and are moot.

ORDERED this 21 day of March, 2001.

B/JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE